IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE: Rosemary Blair                                    : CHAPTER 13

Debtor                                                          : NO. 20-11395

## CERTIFICATE OF SERVICE

I, Sharon S. Masters, Esq., attorney for Debtor, hereby certify that on this date I served a true and correct copy of the Fourth Amended Chapter 13 Plan on the following persons as stated below:

**By First-Class Mail, Postage Prepaid:**

**Internal Revenue Service**
**POB 7346**
**Philadelphia, PA  19101**
**(Creditor)**

**American Advisors Group**                         **Plymouth Township**
**c/o Compu-Link Co. d/b/a Celink**            **700 Belvoir Road**
**ATTN Bankruptcy Department**                 **Plymouth Meeting, PA  19462**
**101 W. Louis Henna Blvd., Ste 450 Austin, TX 78728**
**(Creditor)**                                                **Colonial School District**

**Kristen D. Little, Esquire**                        **c/o NE Revenue Serv**
** Shapiro & DeNardo, LLC**                        **POB 388**
**3600 Horizon Drive, Suite 150**                 **Conshohocken, PA  19428**
**King of Prussia, PA 19406**
**(Attorney for Creditor Compu-Link)**

**Santander Consumer USA,Inc.as servicing agent for TCF Auto Receivables**
**Owner Trust 2016-PT1**
**P.O. Box 961245**
**Fort Worth, TX 76161-1245**
**(Creditor)**

**PRA Receivables Management LLC**

**POB 41067**
**Norfolk, VA 23541**
**(Creditor)**

**By Email:**

**Keri P. Ebeck, Esq.**
**Bernstein – Burkley**
**707 Grant St. Ste. 2200**
**Pittsburgh, PA  15219**
**kebeck@bernsteinlaw.com**
**(Attorney for Creditor)**

**Synchrony Bank**
**c/o PRA Receivables Mgmt**
**POB 41021**
**Norfolk, VA  23541**
**claims@recoverycorp.com**
**(Creditor)**

**Henry Alan Jefferson, Esq.**
**Jefferson Law, LLC**
**1735 Market St. Ste. 3750**
**Philadelphia, PA  19103**
**hjefferson@hjeffersonlawfirm.com**

**Electronically:**

**United States Trustee**
**200 Chestnut St. Ste. 502**
**Philadelphia, PA  19106**
**USTPRegion03.PH.ECF@usdoj.gov**

**William Miller, Esq.**
**Chapter 13 Trustee**
**POB 1229**
**Philadelphia, PA  19105**
**ecfemails@ph13trustee.com**

/s/ Sharon S. Masters, Esq.
Sharon S. Masters, Esq.
2201 Pennsylvania Ave. #517
Philadelphia, PA  19130
Attorney for Debtor

Dated: 8/30/2020